## 23337. CALHOUN v. THE STATE.

GUERRY, J. 1. The exception to the testimony in reference to the employment of the defendant by the bank is without merit. His own statement shows that he was a "de facto" employee. Especially is the above true where the full details in reference to such employment were shown to the jury.

2. The court properly admitted the other evidence to which objection was made.

3. The charge of the court fully and fairly presented the issues of the case to the jury, and the exceptions thereto are not well taken.

4. The corpus delicti was proven; a confession by the defendant was shown, and the corroboration thereof was amply sufficient to support the verdict. The court did not err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED OCTOBER 6, 1933.

*J. W. Bonner, L. B. West, Watts Powell,* for plaintiff in error.
*R. A. Patterson, solicitor-general, Hooper & Hooper,* contra.

## 23338. BROWN v. ATLANTA COCA-COLA BOTTLING COMPANY.

BROYLES, C. J. On the first appearance of this case here this court held that the petition failed to set out a cause of action, and reversed the judgment of the trial court overruling the general demurrer. See *Atlanta Coca-Cola Bottling Co.* v. *Brown,* 46 *Ga. App.* 451 (167 S. E. 776). Before the remittitur from this court was made the judgment of the trial court, the plaintiff amended her original petition, and the defendant renewed its demurrer to the petition as amended. The trial judge ruled that the amendment to the petition did not change "the nature of the cause of action," and dismissed the amended petition on the general demurrer. *Held,* that this ruling was correct.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED OCTOBER 6, 1933.

*Ben C. Williford,* for plaintiff.
*Harold Hirsch, Marion Smith, T. J. Long,* for defendant.